IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JUSTIN BENTLEY, individually and on
behalf of others similarly situated**                                                                  **PLAINTIFF**

v.                                    Case No. 4:25-cv-00319-KGB

**REDLINE CAPITAL INC.**                                                                                **DEFENDANT**

## ORDER

Before the Court is defendant Redline Capital, Inc.'s ("Redline") motion for additional time to file an answer or other responsive pleading and request for injunctive relief (Dkt. No. 6). Redline seeks an extension of the deadline by which to file an answer or other responsive pleading to plaintiff's complaint by 30 days, until May 22, 2025 (*Id.*). Redline represents that it makes this request in order to have time to gather facts to respond meaningfully to the complaint (*Id.*, ¶ 3).

Redline also requests that discovery be initiated in the form of a single subpoena to a third-party (*Id.*, ¶ 4). Redline provides no argument as to why discovery is necessary at this stage of the litigation and has not indicated the identity of the third-party in question or the contents of the proposed subpoena.

Plaintiff Justin Bentley, individually and on behalf of others similarly situated, has not responded to the motion, and the time to do so has passed. For good cause shown, the Court grants, in part, the motion (*Id.*). The Court extends the deadline by which Redline is to file a responsive pleading up to and including May 22, 2025. The Court denies the request to initiate discovery.

It is so ordered this 19th day of May, 2025.

_____
Kristine G. Baker
Chief United States District Judge