UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| JUSTIN BENTLEY, individually and On behalf of other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REDLINE CAPITAL, INC. | Defendant,<br>Case No.: 4:25-cv-319-KGB<br><br>DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S CLASS ALLEGATIONS |

### DEFENDANT REDLINE CAPITAL, INC.'S
### MOTION TO STRIKE PLAINTIFF'S CLASS ALLEGATIONS

Defendant, Redline Capital, Inc., by and through its attorneys, Buchalter, a Professional Corporation, in support of its Motion to Strike Class Allegations against Plaintiff, Justin Bentley, individually and On behalf of other similarly situated, pursuant to Federal Rule of Civil Procedure 12(f)(2), states as follows:

1. Federal Rule of Civil Procedure 12(f)(2) states: "The court may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter. The court may act: (1) on its own; or (2) on motion made by a party either before responding to the pleading or, if a response is not allowed, within 21 days after being served with the pleading. Fed. R. Civ. P. 12.

2. In the present case, there are fatal flaws regarding class definition, as well as commonality, numerosity, typicality, and class representation.

3. Additionally, Plaintiff; Complaint presents violations of Rule 23(b).

4. The sum of these fatal errors require the striking of Plaintiff's class allegations.

BN 89424210v1

5.      In further support of its Motion to Strike Plaintiff's Class Allegations, Defendant incorporates its Memorandum in support of its Motion to Strike Plaintiff's Class Allegations, and exhibits, which are filed contemporaneously with this Motion.

WHEREFORE, Defendant Redline Capital, Inc., by and through its attorneys, Buchalter, a Professional Corporation, respectfully pray this Court enter an order striking paragraphs 26 – 29, and 32 – 43 of Plaintiff's Complaint, and granting any such other relief that the Court deems to be just and proper.

Respectfully Submitted,

REDLINE CAPITAL, INC.

By: /s/ Thomas P. Yardley, Jr.
One of Redline's attorneys

Thomas P. Yardley, Jr. tyardley@buchalter.com   (ARDC 6208239)
Christine R. Walsh cwalsh@buchalter.com (ARDC 6319177)
Timothy Hameetman thameetman@buchalter.com (ARDC 6335985)
docket@buchalter.com
Buchalter, PC
180 N. LaSalle, Suite 3300
Chicago, Illinois 60601
(312) 980-5760