**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**OFFICE OF THE CLERK**
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 WEST CAPITOL AVENUE, SUITE A-149
LITTLE ROCK, ARKANSAS 72201

**TAMMY H. DOWNS** (501) 604-5351
   **CLERK**

May 23, 2025

Mr. Thomas P. Yardley, Jr.
Buchalter, A Professional Corporation
180 North LaSalle Street, Suite 3300
Chicago, IL 60601

Re:  Deficiency Filing #5 Motion
      Case No. 4:25-CV-00319-KGB, Bentley v. Redline Capital Inc

Dear Mr. Yardley:

    The Clerk's office reviewed the above-referenced document, which was filed electronically, and found it to be deficient as follows:

    Corporate Disclosure Statement not filed with first appearance, pleading, petition, motion, response, or other request (F.R.Cv.P. 7.1).

    To correct a document that has been filed, please email the corrected document in pdf format to the Clerk's office at clerksoffice@ared.uscourts.gov.  **Do not refile the document.**  The original document will remain on the docket, and the response time will run from the date of the original filing.  Please electronically file a new supporting brief, corporate disclosure statement, or diversity disclosure statement.

                                               Sincerely,

                                               TAMMY H. DOWNS, CLERK

                                          By:  C. Newton
                                               Deputy Clerk