UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| JUSTIN BENTLEY, individually and On behalf of other similarly situated,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>REDLINE CAPITAL, INC.,  )<br>)<br>Defendant.  ) | Case No.: 4:25 cv 319-KGB |

### **DEFENDANT REDLINE CAPITAL'S FRCP 7.1 DISCLOSURE STATEMENT**

Defendant Redline Capital Inc. by and through its Attorney Thomas P. Yardley of the law firm of Buchalter makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Is party a publicly held corporation or other publicly held entity?

   [check one]  ☐ YES      xxx NO

2. Does party have any parent corporations?

   [check one]  ☐ YES      xxx NO

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?

   [check one]  ☐ YES      xxx NO

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

   [check one]  ☐ YES      xxx NO

5. Is a party a trade association?

   *[check one]*          ☐ YES             xxx NO

Date of Disclosure:    May 28, 2025

        Respectfully Submitted,

        REDLINE CAPITAL, INC.

        By: /s/ Thomas P. Yardley, Jr.\_\_\_
        One of Redline Capital, Inc.'s Attorneys

Thomas P. Yardley, Jr. tyardley@buchalter.com (ARDC 6208239)
Christine R. Walsh cwalsh@buchalter.com (ARDC 6319177)
Timothy Hameetman thameetman@buchalter.com (ARDC 6335985)
docket@buchaltercom
Buchalter, PC
180 N. LaSalle, Suite 3300
Chicago, Illinois 60601
(312) 980-5760