IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**Justin Bentley, on behalf of himself
and others similarly situated,**                                                                 **PLAINTIFF**

VS.                                  NO. 4:25-cv-00319-KGB

**Redline Capital, Inc.**                                                                        **DEFENDANT**

## MOTION FOR EXTENSION OF TIME

Plaintiff, Justin Bentley ("Plaintiff"), pursuant to Local Rule 6.2 and through counsel, respectfully moves for an extension of time up to and including June 26, 2025, in which to move to dismiss, answer or otherwise respond to Defendant Redline Capital, Inc.'s ("Defendant") Motion to Strike and in support thereof states as follows:

1. On May 22, 2025, Defendant filed a Motion to Strike and Brief in Support, ECF Nos. 10 and 11.

2. Counsel for Plaintiff requires additional time to respond to this motion.

3. Counsel for Plaintiff has attempted to confer with Defendant regarding this extension of time on multiple occasions, but Defendant has not responded and has not stated if it opposes the motion. However, given the impending deadline, the Plaintiff believed that he needed to move forward with filing this motion.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order granting this Unopposed Motion for Extension of Time and extending its time to file its response to Defendant's Class Motion to Strike to June 26, 2025.

Dated:  June 3, 2025

Respectfully submitted,

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043.
[o] (617) 485-0018
[f] (508) 318-8100
anthony@paronichlaw.com
*Counsel for Plaintiff*


Jason Ryburn (ABA 2012148)
Ryburn Law Firm, PLLC
650 S. Shackleford Rd., Ste. 231
Little Rock, AR 72211
[o] (501) 228-8100
[f] (501) 228-7300
jason@ryburnlawfirm.com

Counsel for Plaintiff