IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JUSTIN BENTLEY, individually and on
behalf of others similarly situated**                                                              **PLAINTIFF**

v.                          Case No. 4:25-cv-00319-KGB

**REDLINE CAPITAL INC.**                                                                             **DEFENDANT**

## ORDER

Before the Court is a motion for extension of time filed by plaintiff Justin Bentley, individually and on behalf of others similarly situated (Dkt. No. 14). Mr. Bentley seeks an extension of the deadline by which to file a response to defendant Redline Capital, Inc.'s ("Redline") motion to strike up to and including June 26, 2025 (*Id.*). Mr. Bentley represents that he makes this request because he requires additional time to respond to the motion (*Id.*, ¶ 2). Mr. Bentley further represents that his counsel has attempted to confer with Redline's counsel regarding the motion, but Redline has not responded or indicated whether it opposes the motion (*Id.*, ¶ 3). Mr. Bentley states that he has moved forward with his motion given that the relevant deadline is impending (*Id.*). For good cause shown, the Court grants the motion (*Id.*). The Court extends the deadline by which Mr. Bentley may respond to Redline's motion to strike up to and including June 26, 2025.

It is so ordered this 4th day of June, 2025.

_____
Kristine G. Baker
Chief United States District Judge