UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

|  |  |
|---|---|
| JUSTIN BENTLEY, individually and on behalf of other similarly situated.<br><br>           Plaintiff,<br>v.<br><br>REDLINE CAPITAL, INC.<br><br>           Defendant. | Case No.: 4:25-cv-319-KGB |

## DECLARATION OF JASON M. RYBURN

1. My name is Jason M. Ryburn. I am counsel for Plaintiff, over the age of 18, and competent to testify to the undersigned statements.

2. I am not related to Mr. Bentley.

3. Mr. Bentley forwarded the voicemails described in his Complaint to my cellular phone via text message.

4. My client, Mr. Bentley, had been unable to identify the party or parties who left these (at least) two unwanted voicemails on his personal cellular phone.

5. One voicemail indicated that it was placed by "Flash Funding" and the other by "Rapid Funding."

6. The voicemails were prerecorded and not personalized to Mr. Bentley in any way.

7. Both voicemails advertised business funding and asked recipients to call a separate phone number and visit a separate website.

8. A January 24, 2025 voicemail from (510) 338-9094 gave the website "rapidfunding.online" and a callback number of 754-294-8357.

9. A February 19, 2025 voicemail from (248) 621-5337 gave the website "flashfunding.online" and a callback number of 770-796-4388.

1

10. Upon my investigation and belief, neither the websites nor phone numbers could be readily tied to an existing company or identifiable entity and the marketing campaign appeared to be designed to gather consumer information and consent without revealing the identity of the caller(s) because it used fictitious names.

11. I further investigated this illegal telemarketing to my client on February 19, 2025 by calling the two callback numbers left on his cellular phone's voicemail.

12. The February 19th, 2025 call to 770-796-4388 number was answered. Calls to 754-294-8357 were not answered.

13. The person who answered the February 19, 2025 call to 770-796-4388 identified himself as "Freddy" with "Funding" and did not mention his last name, any company information, or any employer on the call.

14. I answered Freddy's questions and, at his request, gave him my email address.

15. I needed to do this in order to receive an email, which I hoped would affirmatively identify the true identity of the person or entity who was calling my client illegally.

16. Freddy Loperena sent an email from FLoperena@redlinecapitalinc.com to my email address on February 19, 2025 at 1:42 pm CST indicating that he worked for Defendant and requesting additional information. His email included a callback number, fax number, and website which did not match either of the callback numbers or websites included in the voicemails to Mr. Bentley.

17. As such, these actions allowed me to conduct a detailed investigation of my client's claims prior to filing the instant lawsuit.

18. I did not reply to the February 19, 2025 email or make any attempt to directly contact Mr. Loperena or Defendant after they were identified.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements made by me are true and correct to the best of my current knowledge.

Dated: June 26, 2025

*Jason Ryburn*

Jason M. Ryburn (ABA 2012148)
Ryburn Law Firm, PLLC
650 S. Shackleford Rd., Ste. 231
Little Rock, AR 72211
[o] (501) 228-8100
[f] (501) 228-7300
jason@ryburnlawfirm.com

Counsel for Plaintiff