# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JUSTIN BENTLEY, individually and on behalf of others similarly situated**                                    **PLAINTIFF**

v.                              Case No. 4:25-cv-00319-KGB

**REDLINE CAPITAL INC.**                                                                                       **DEFENDANT**

## ORDER

Before the Court is defendant Redline Capital, Inc.'s ("Redline") informal request to file a reply brief in support of its pending motion to strike plaintiff's class allegations (Dkt. No. 10). Redline submitted a request to file a reply brief via email to the Court on July 3, 2025, with counsel for plaintiff Justin Bentley, individually and on behalf of others similarly situated, carbon copied on the email. In its request, Redline represents that a reply brief will allow it to present factual updates critical to its motion to strike and to reply to the citations provided in Mr. Bentley's response in opposition to the motion to strike. Mr. Bentley has not responded to Redline's request. For good cause shown, the Court grants Redline's request. Redline may file a reply brief in support of its motion to strike within 14 days of the date of this Order.

It is so ordered this 16th day of July, 2025.

_Kristine G. Baker_
Kristine G. Baker
Chief United