**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| Justin Bentley, on behalf of himself and others similarly situated, | ) ) ) | |
| Plaintiff | ) ) | |
| V. | ) ) | NO. 4:25-cv-00319-KGB |
| Redline Capital, Inc. | ) ) | |
| Defendant | ) | |

**PLAINTIFF'S MOTION TO EXTEND DEADLINE**
**TO FILE MOTION FOR CLASS CERTIFICATION**

Plaintiff Justin Bentley ("Plaintiff"), by and through undersigned counsel, respectfully moves this Court for a 30-day extension of the deadline to file his motion for class certification. The Plaintiff is not attempting to move any other dates under the Court's Scheduling Order. In support of this motion, Plaintiff states as follows.

Under the Court's Final Scheduling Order, Plaintiff's motion for class certification is currently due on April 27, 2026. Plaintiff has been diligently prosecuting this action and has been actively engaged in discovery and preparation of his class certification motion. However, despite Plaintiff's diligence, additional time is necessary to complete critical discovery and finalize expert analysis essential to the motion.

Plaintiff has noticed Defendant's Rule 30(b)(6) deposition for May 12, 2026, but Defendant has not confirmed its availability or otherwise responded substantively regarding the deposition. Plaintiff has made multiple good-faith attempts to meet and confer with Defendant regarding discovery issues and scheduling, including follow-up communications over the course of several weeks, but has not received meaningful responses.

1

The Rule 30(b)(6) deposition is central to issues relevant to class certification, including Defendant's policies, procedures, and practices, and Plaintiff should not be required to move for class certification without the benefit of this testimony.

In addition, Plaintiff is in the process of completing his expert report and anticipates that it will be finalized prior to the current expert disclosure deadline of May 29, 2026. However, completion of the Rule 30(b)(6) deposition will ensure that Plaintiff's expert analysis and class certification motion are fully informed and complete, thereby promoting efficiency and avoiding the need for supplementation.

A brief extension will not prejudice Defendant. The requested 30-day extension will not impact any other deadlines set forth in the Court's scheduling order, including the deadlines for expert disclosures, completion of discovery, or dispositive motions, and the current case schedule leaves ample time before the close of discovery on August 12, 2026, and the dispositive motion deadline on August 27, 2026. Granting this motion will facilitate a more complete presentation of the issues before the Court and conserve judicial resources.

Plaintiff therefore respectfully requests that the Court extend the deadline to file his motion for class certification by 30 days, from April 27, 2026, to May 27, 2026. The Plaintiff has attempted to confer with the Defendant multiple times on this extension but has not heard back.

Dated:  April 17, 2026

/s/ Anthony I. Paronich
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com