**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JUSTIN BENTLEY, individually and on**
**behalf of others similarly situated**                                      **PLAINTIFF**

**v.**                                      **Case No. 4:25-cv-00319-KGB**

**REDLINE CAPITAL INC.**                                      **DEFENDANT**

## ORDER

Before the Court is plaintiff Justin Bentley's, individually and on behalf of others similarly situated, motion to extend deadline to file motion for class certification (Dkt. No. 24). Bentley seeks a 30 day extension of the deadline to file his motion for class certification (*Id.*, at 1). Under the Court's final scheduling order, Bentley's motion for class certification has a deadline of April 27, 2026 (Dkt. No. 22, at 2). Bentley represents that, despite his diligence in preparing for this action, additional time is necessary to complete critical discovery and finalize expert analysis essential to the motion (Dkt. No. 24, at 1).

Bentley also represents that he has noticed defendant Redline Capital, Inc.'s ("Redline") Federal Rule of Civil Procedure 30(b)(6) deposition for May 12, 2026, but that Redline has not confirmed its availability or otherwise responded substantively regarding the deposition (*Id.*). Bentley represents that the Rule 30(b)(6) deposition is central to issues relevant to class certification and expert analysis (*Id.*, at 2).

Bentley represents that he has made multiple attempts to meet and confer with Redline regarding discovery issues and scheduling over the course of several weeks, but Bentley states that he has not received meaningful responses (*Id.*, at 1). Bentley does not seek an extension of any other deadlines (*Id.*, at 2).

Given the approaching current deadline for filing motions for class certification and given Bentley's representation regarding his attempt to meet and confer prior to filing this motion, for good cause shown, the Court grants Bentley's motion (*Id.*).  The Court extends the deadline by which Bentley may file his motion for class certification to, and including, May 27, 2026.

It is so ordered this 20th day of April, 2026.

_____
Kristine G. Baker
Chief United States District Judge