**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

JUSTIN BENTLEY, individually and
On behalf of other similarly situated,

     Plaintiff,

v.                                                                    Case No.: 4:25 cv 319-KGB

REDLINE CAPITAL, INC.,

     Defendant.

**PLAINTIFF AND DEFENDANT'S AGREED MOTION TO EXTEND/RESET**
**DEADLINES PENDING MEDIATION BETWEEN THE PARTIES**

Defendant, Redline Capital, Inc., by and through its attorney Thomas P. Yardley, of, Buchalter, a Professional Corporation, hereby files the instant Agreed Motion to Extend/Reset all Deadlines Pending Mediation and in Support thereof, Defendant states as follows:

1. Counsel for Plaintiff and Defendant have jointly agreed to retain the services of Seamus Duffy Mediation Service for a single day mediation in the above referenced case.

2. Shamus Mediation Service has agreed to conduct the mediation on June 10 and the parties are committed to one of those three dates.

3. Defendants have agreed to share various corporate, insurance and other information to facilitate the mediation.

4. Plaintiff has agreed to postpone the deposition of the designated representative of Redline Capital until June 19, 2026.

5. Both counsel for Plaintiff and Counsel for Defendants have been working diligently to exchange the necessary information and to complete the mediation with Seamus Duffy Mediation Service by June 16, 2026.

1

6.	Based upon the Parties agreement to Mediate and given that Shamus Mediation Services has agreed to conduct the mediation, the parties propose amending the current case deadlines as follows:

| | |
|---|---|
| Motion for Class Certification | July 3, 2026 |
| Case in Chief expert disclosures, including reports | June 30, 2026 |
| Rebuttal Expert Reports | July 31, 2026 |
| Close of Discovery | August 31, 2026 |
| Status Report | September 11, 2026 |
| Motions (excluding Motions in Limine and Class Cert.) | September 18, 2026 |
| Daubert Motions | September 25, 2026 |
| Pre-Trial Disclosure Sheets (filed simultaneously) | October 6, 2026 |
| Trial Brief | October 6, 2026 |
| Response to Trial Briefs | October 12, 2026 |
| Objections to opposing parties' pretrial disclosure sheets | October 13, 2026 |
| Objections to any deposition or videotapes | October 16, 2026 |
| Jury Instructions | October 19, 2026 |
| Statement of the Case | October 19, 2026 |
| Motions in Limine (with Responses 7 days later) | October 22, 2026 |
| Trial Date: | October 26, 2026 |

WHEREFORE, Defendant Redline Capital, Inc. with the consent of counsel for Plaintiff seek an order of this Court rescheduling the deadlines as referenced above.

Respectfully Submitted,

REDLINE CAPITAL, INC.,

By: /s/ Thomas P. Yardley, Jr.
One of Redline Capital, Inc.'s Attorneys

Thomas P. Yardley, Jr.
Buchalter, LLP
180 N. LaSalle, Suite 3300
Chicago, Illinois 60601
(312) 980-5760
tyardley@buchalter.com