## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JUSTIN BENTLEY, individually and on**
**behalf of others similarly situated**                                             **PLAINTIFF**

**v.**                                      **Case No. 4:25-cv-00319-KGB**

**REDLINE CAPITAL INC.**                                              **DEFENDANT**

### ORDER

Before the Court is defendant Redline Capital, Inc.'s ("Redline") agreed motion to extend/reset deadlines pending mediation between the parties ("Motion To Extend") (Dkt. No. 26). Redline represents that counsel for Redline and counsel for plaintiff Justin Bentley have jointly agreed to retain a mediation service for a single day mediation in this case (*Id.*, ¶ 1). Redline represents that the parties have agreed to conduct a mediation in June 2026 and have agreed to postpone the deposition of Redline's designated representative until June 19, 2026 (*Id.*, ¶¶ 2, 4). The parties propose extending the Court's Final Scheduling Order with new dates (*Id.*, at 2). Redline represents that it has Bentley's counsel's consent in making this motion (*Id.*).

For good cause shown, the Court grants Redline's motion to the extent Redline asks the Court to extend the unexpired pre-trial deadlines in this case. The Court declines to adopt all the deadlines proposed, however, as some of the proposed deadlines are unworkable. For example, Redline proposes that the motions *in limine* deadline be October 22, 2026, with responses due seven days later—which would be two days after the start of trial. The Court will enter an Amended Final Scheduling Order which sets forth the relevant deadlines in this case by separate Order.

It is so ordered this 18th day of May, 2026.

_____
Kristine G. Baker
Chief United States District Judge