IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| Justin Bentley, on behalf of himself and others similarly situated, Plaintiff | ) | |
| v. | ) | NO. 4:25-cv-00319-KGB |
| Redline Capital, Inc. Defendant | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees. The putative class claims are dismissed without prejudice.

Dated: September 1, 2026

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street
Suite 2400
Hingham, MA 02043
617-485-0018
Email: anthony@paronichlaw.com

*Attorney for Plaintiff Justin Bentley*

*/s/ Thomas P. Yardley Jr.*
Thomas P. Yardley Jr.
Buchalter LLP
180 North LaSalle Street, Suite 3300
Chicago, IL 60601
312-980-5760
Email: tyardley@buchalter.com

*Attorney for Defendant Redline Capital, Inc.*