**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JUSTIN BENTLEY, individually and on behalf of others similarly situated** **PLAINTIFF**

**v.** **Case No. 4:25-cv-00319-KGB**

**REDLINE CAPITAL, INC.** **DEFENDANT**

**ORDER**

Before the Court is the parties' joint stipulation of dismissal (Dkt. No. 29). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal. The Court dismisses with prejudice the action as to individually named plaintiff Justin Bentley, with each party to bear its own costs and attorneys' fees, and the Court dismisses without prejudice the putative class claims.

It is so ordered this 11th day of September, 2026.

Kristine G. Baker
Kristine G. Baker
Chief United States District Judge